IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARCO GUIRLANDO                                                                             PLAINTIFF

v.                                         Case No. 1:21-cv-1013

CAPTAIN RICHARD MITCHAM; LIEUTENANT
BILLY PERRY; LIEUTENANT JOHN WARD;
LIEUTENANT PAUL KUGLER; NURSE SHERIE
RICE; DR. DEANNA HOPSON; CORRECTIONAL
OFFICER TUBBS; CORRECTIONAL OFFICER
KEVIN PENDLETON; SHERIFF RICKY ROBERTS,
Union County, Arkansas; CITY TELE COIN; and
JERRY JUNEAU, Chief Operating Officer City Tele Coin;
UNION COUNTY, ARKANSAS                                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 28, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 23. Judge Bryant recommends that the following claims be dismissed without prejudice: (1) all claims against Defendant Jerry Juneau; (2) denial of medical care claims against Defendants John Ward, Paul Kugler, and Officer Tubbs; (3) First Amendment claim regarding the opening of legal mail against Defendants Billy Perry and Kevin Pendleton; (4) due process claim regarding the random deprivation of Plaintiff's commissary items; (5) due process claim regarding Plaintiff's move to the "hole;" (6) claims under the Religious Freedom Restoration Act ("RFRA") and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"); (7) First Amendment right of access to the court claim; (8) Federal Privacy Act claim; (9) 42 U.S.C. § 1985 claim; (10) equal protection claim; and (11) Racketeer Influenced and Corrupt Organizations Act ("RICO") claim.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the following claims are **DISMISSED WITHOUT PREJUDICE**: (1) all claims against Defendant Jerry Juneau; (2) denial of medical care claims against Defendants John Ward, Paul Kugler, and Officer Tubbs; (3) First Amendment claim regarding the opening of legal mail against Defendants Billy Perry and Kevin Pendleton; (4) due process claim regarding the random deprivation of Plaintiff's commissary items; (5) due process claim regarding Plaintiff's move to the "hole;" (6) claims under the Religious Freedom Restoration Act ("RFRA") and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"); (7) First Amendment right of access to the court claim; (8) Federal Privacy Act claim; (9) 42 U.S.C. § 1985; (10) equal protection claim; and (11) Racketeer Influenced and Corrupt Organizations Act ("RICO") claim. Further, the Clerk is directed to terminate Lieutenant John Ward, Lieutenant Paul Kugler, Officer Tubbs, Lieutenant Billy Perry, and Officer Pendleton as Defendants in this lawsuit.

The following claims remain for further consideration by Judge Bryant: (1) denial of medical care claims against Defendants Ricky Roberts, Richard Mitcham, Sherie Rice, and Deanna Hopson; (2) First Amendment claim regarding the complete ban on publications against Defendants Ricky Roberts and Richard Mitcham; (3) First Amendment claim against Defendant Richard Mitcham regarding the opening of legal mail; (4) due process claim against Defendant City Tele Coin regarding the random deprivation of the tablet and its contents; (5) Fourteenth Amendment claim against Defendants Ricky Roberts and Richard Mitcham regarding unconstitutional conditions of confinement; (6) First Amendment claim against Defendant Richard Mitcham regarding free exercise of religion; (7) Sixth Amendment claim against Defendants Richard Mitcham and Ricky Roberts; (8) First Amendment retaliation claims against

Defendants Ricky Roberts, Richard Mitcham, and City Tele Coin; (8) failure to protect claim against Defendants Richard Mitcham, Ricky Roberts, and Union County; (9) Arkansas state law negligence claim against Defendants Union County, Ricky Roberts, and Richard Mitcham; and (10) Arkansas state law intentional infliction of emotional distress claim against Defendants Richard Mitcham and Ricky Roberts.

**IT IS SO ORDERED**, this 18th day of October, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge